**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-1572**

─────────────

BRIAN HORSLEY,

　　　　　Plaintiff - Appellant,

　　　v.

KBP INVESTMENTS; FQSR, LLC, trading as KBP Foods; GBENGA OLAGBAJU, KFC, General Manager,

　　　　　Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:20-cv-03241-PX)

─────────────

Submitted:  July 18, 2022                              Decided:  July 22, 2022

─────────────

Before NIEMEYER, KING, and QUATTLEBAUM, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Brian Horsley, Appellant Pro Se.  James Randall Coffey, FISHER & PHILLIPS LLP, Kansas City, Missouri, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Horsley seeks to appeal the district court's orders denying his motion to postpone or stay a telephone conference and denying his second motion for an expedited protective order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Horsley seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction and deny as moot Horsley's motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*